**Entered on Docket
September 27, 2010**

_Bruce A. Markell_
_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

**E-FILED SEPTEMBER 25, 2010**

Kevin Hahn
Nevada Bar No. 9821
MALCOLM ♦ CISNEROS, A Law Corporation
608 South 8th Street
Las Vegas, NV 89101
(800) 741-8806 Phone
(949) 252-1032 Fax
kevin@mclaw.org

Attorneys for EMC MORTGAGE CORPORATION

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | ) Chapter 13 |
| | ) |
| DOUGLAS DIAZ, | ) Case No. S-10-15872-BAM |
| | ) |
| | ) Hearing Date:  August 30, 2010 |
| Debtor. | ) Hearing Time: 1:30 p.m. |
| | ) |
| | ) Location:    Foley Federal Building |
| | )                Courtroom No. 3 |

### ORDER FOR RELIEF FROM THE AUTOMATIC STAY

The Motion for Relief from Automatic Stay of EMC MORTGAGE CORPORATION and its successors and/or assigns came on regularly for hearing before this court on August 30, 2010, appearances as noted on the record. No timely opposition having been filed, the court being fully advised in the premises and good cause appearing:

IT IS HEREBY ORDERED that the Motion for Relief from Automatic Stay be, and hereby is granted.

///

///

1

1    IT IS FURTHER ORDERED that all stay provisions are hereby terminated as to the real

2    property commonly known as 737 Willow Avenue, Henderson, NV 89002.

3    SUBMITTED BY:

4

5    /s/ *Kevin Hahn*
     KEVIN HAHN

6    Nevada Bar No. 9821
     608 South 8th Street

7    Las Vegas, NV 89101
     (800) 741-8806 Phone

8    Attorneys for EMC MORTGAGE CORPORATION

9
                                RULE 9021 CERTIFICATION

10

11    In accordance with Local Rule 9021, counsel submitting this document certifies
      that the order accurately reflects the court's ruling and that:

12
      ____ The Court has waived the requirement set forth in LR 9021(b)(1).

13

14    ____ No party appeared at the hearing or filed an objection to the motion.

15    __X__ I have delivered a copy of this proposed order to all counsel who appeared at the
           hearing, and any unrepresented parties who appeared at the hearing, and each has

16         approved or disapproved the order, or failed to respond, as indicated below:

17         KATHLEEN LEAVITT, Trustee: _____

18
           Approved_____        Disapproved_____        Failed to Respond ___X___

19

20    ____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order
           with the motion pursuant to LR 9014(g), and that no party has objected to the form or

21         content of the order.

                                        # # #

22

23

24

25

26

27

28